Nos. 585 and 586. ROYAL INDEMNITY Co. ET AL. *v.* AMERICAN BOND & MORTGAGE Co. February 20, 1933. The petition for writs of certiorari to the Circuit Court

of Appeals for the Seventh Circuit is granted. *Messrs. Saul S. Myers* and *Selden Bacon* for petitioners. *Messrs. Wm. E. Leahy, Edmund M. Toland, Wm. J. Hughes, Jr.,* and *A. L. Schapiro* for respondent.